# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv127
# [consolidating 1:10cv127, 1:10cv128, 1:10cv 129]

| | | |
|---|---|---|
| JOSEPH JACOB DEYTON; ANDREW RYAN DEYTON, and JONATHAN NEIL KONIAK, | ) ) ) ) | |
| Petitioners, | ) ) | |
| Vs. | ) ) | ORDER |
| ALVIN W. KELLER, Secretary of the North Carolina Department of Correction; and LANDER CORPENING, Superintendent of Foothills Correctional Institution, | ) ) ) ) ) ) | |
| Respondents. | ) ) | |

**THIS MATTER** is before the court on respondents' Motion to Consolidate. Having considered respondents' motion and reviewed the pleadings, and it appearing that petitioners consent, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that respondents' Motions to Consolidate are **GRANTED,** and 1:10cv127 will be the lead case and the 1:10cv128 and 1:10cv129 cases will be the member cases.

**IT IS FURTHER ORDERED** that all pleadings shall be docketed in the lead case and that the consolidated cases 1:10cv128 and 1:10cv129 are administratively closed.

Signed: September 21, 2010

Dennis L. Howell
United States Magistrate Judge