# United States District Court
# For The Western District of North Carolina
# Asheville Division

| | |
|---|---|
| JOSIAH JACOB DEYTON,<br>ANDREW RYAN DEYTON, and<br>JONATHAN NEIL KONIAK, | |
| Petitioners, | JUDGMENT IN A CIVIL CASE |
| vs. | 1:10cv127<br>[Consolidating 1:10cv127, 1:10cv128, 1:10cv129] |
| ALVIN W. KELLER, JR.,<br>Secretary of the North Carolina<br>Department of Corrections; and<br>LANDER CORPENING,<br>Superintendent of Foothills<br>Correctional Institution, | |
| Respondents. | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/27/11 Memorandum of Decision and Order.

Signed: September 27, 2011

Frank G. Johns, Clerk
United States District Court